UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| HARTFORD CASUALTY INSURANCE COMPANY and HARTFORD FIRE INSURANCE COMPANY,<br><br>    Plaintiffs,<br><br>v.<br><br>PELLA WINDOWS AND DOORS, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Case No: 4:11-cv-00502-RP-TJS |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs, Hartford Casualty Insurance Company and Hartford Fire Insurance Company, hereby submit their corporate disclosure statement:

1. Plaintiff Hartford Casualty Insurance Company is an indirect, wholly-owned subsidiary of Hartford Accident and Indemnity Company, which is wholly-owned by Hartford Fire Insurance Company, which in turn is wholly-owned by The Hartford Financial Services Group, Inc.

2. The Hartford Financial Services Group, Inc. is a publicly traded corporation that has no parent corporation. No publicly held corporation currently owns 10% or more of its common stock. Allianz SE, a publicly held corporation that has no parent corporation, holds contingent rights to purchase more than 10% of the common stock of The Hartford Financial Services Group, Inc.

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, they will promptly file a supplemental statement upon any change in the information that this statement requires.

Dated: October 28, 2011

Respectfully submitted,
GAUDINEER, COMITO & GEORGE, L.L.P.

/s/
Kent A. Gummert (AT0003032)
3737 Westown Parkway, Suite 2D
West Des Moines, IA 50266
Telephone: 515-327-1750
Facsimile: 515-327-1250
Email: kentgummert@qwestoffice.net

Dena Economou
Gerald E. Ziebell
KARBAL, COHEN, ECONOMOU,
SILK & DUNNE, LLC
150 South Wacker Drive, Suite 1700
Chicago, IL 60606

Attorneys for Plaintiffs,
Hartford Casualty Insurance Company and
Hartford Fire Insurance Company