**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| HARTFORD CASUALTY INSURANCE COMPANY and HARTFORD FIRE INSURANCE COMPANY,<br><br>　　Plaintiffs,<br><br>v.<br><br>PELLA WINDOWS AND DOORS, INC.,<br><br>　　Defendant | Case No. 4:11-CV-00502 RP-TJS<br><br>**UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANT TO FILE ANSWER OR OTHER RESPONSE TO PLAINTIFF'S COMPLAINT** |

　　Defendant Pella Windows and Doors, Inc. ("Pella"), moves the Court to extend the time for Pella to file its Answer or other responsive pleading to Plaintiff's Complaint. Due to the press of other business, Pella seeks an extension of time. Counsel for Pella has consulted with counsel for the Plaintiffs regarding an extension of time to December 20, 2011 for Pella to file its Answer or other responsive pleading in this matter. Counsel for both parties have agreed to such an extension of time. No prejudice will result to either of the parties or to the Court resulting from such an extension.

WHEREFORE, for the reasons set forth above, Pella requests that Pella be allowed to file its Answer or other responsive pleading to Plaintiff's Complaint on or before December 20, 2011.

> Respectfully Submitted,
>
> BELIN McCORMICK, P.C.
>
> By  */s/ Richard W. Lozier, Jr.*
>     Richard W. Lozier, Jr.
>
> 666 Walnut Street, Suite 2000
> Des Moines, Iowa  50309-3989
> Telephone:  (515) 283-4636
> Facsimile:  (515) 558-0636
> Email:  rwlozier@belinmccormick.com
>
> ATTORNEYS FOR PELLA WINDOWS AND DOORS, INC.

PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was served upon the parties to this action by serving a copy upon each of the attorneys listed below on November 11, 2011 by

|   | U.S. Mail |   | FAX |
|---|---|---|---|
|   | Hand Delivered | **X** | CM/ECF |
|   | FedEx/ Overnight Carrier |   | Other |

| | |
|---|---|
| Kent A. Gummert | Dena Economou |
| Gaudineer, Comito & George, L.L.P. | Gerald E. Ziebell |
| 3737 Westown Parkway, Suite 2D | KARBALL, COHEN, ECONOMOU, |
| West Des Moines, Iowa 50266 | SILK & DUNNE, LLC |
|  | 150 South Wacker Drive, Suite 1700 |
|  | Chicago, Illinois 60606 |

Signature:  */s/   L. A. Brustkern*

BELIN\P0648\0003\mot to extend re answer (01118109).DOC