IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| HARTFORD CASUALTY INSURANCE COMPANY and HARTFORD FIRE INSURANCE COMPANY, <br><br> Plaintiffs, <br><br> v. <br><br> PELLA WINDOWS AND DOORS, INC., <br><br> Defendant. | Case No. 4:11-CV-00502-RP-TJS <br><br> MOTION FOR ADMISSION PRO HAC VICE |

Keith McKenna, an attorney who is not a member of the bar of this district, moves to appear in this case pro hac vice on behalf of Defendant Pella Windows and Doors, Inc. ("Pella"). Mr. McKenna states that he is a member in good standing of the bars of the United States Court of Appeals for the Eighth Circuit, the United States Court of Appeals for the Second Circuit, the United States District Courts for the Southern District of New York, the Eastern District of New York and the District of New Jersey, as well as the highest courts of the states of New York and New Jersey, and that he agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to attorneys admitted to practice before the state courts of Iowa in connection with his pro hac vice representation in this case.

Mr. McKenna further states he will comply with the associate counsel requirements of LR 83.2(d)(4) by associating with Richard W. Lozier, Jr., an attorney who has been admitted to the bar of this district under LR 83.2(b) and (c) and who has entered an appearance in this case on behalf of Pella.

Respectfully Submitted,

By /s/ Keith McKenna
Keith McKenna
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, New York 10019
Tel. (212) 506-3326
Fax (212) 506-1800
KMcKenna@kasowitz.com

ATTORNEY FOR DEFENDANT,
Pella Windows and Doors, Inc.

PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was served upon the parties to this action by serving a copy upon each of the attorneys listed below on November 16, 2011 by

| | |
|---|---|
| U.S. Mail | FAX |
| Hand Delivered | X Electronic Mail through CM/ECF |
| FedEx/ Overnight Carrier | Other |

Kent A. Gummert
Gaudineer, Comito & George, L.L.P.
3737 Westown Parkway, Suite 2D
West Des Moines, Iowa 50266

Dena Economou
Gerald E. Ziebell
KARBALL, COHEN, ECONOMOU, SILK & DUNNE, LLC
150 South Wacker Drive, Suite 1700
Chicago, Illinois 60606

Signature:    /s/    *Laura Brustkern*

2