UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

HARTFORD CASUALTY INSURANCE
COMPANY and HARTFORD FIRE INSURANCE
COMPANY,

    Plaintiffs,

v.

PELLA WINDOWS AND DOORS, INC.,

    Defendant.

Case No.: 4:11-cv-502 RP-TJS

**DISCLOSURE STATEMENT**

As required by LR 7.1, Pella Windows and Doors, Inc., defendant in this case, provides the following information to the Court:

(a) *The following are the names of all associations, firms, partnerships, corporations, and other artificial entities that either are related to the defendant as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in the defendant's outcome in the case:*

Pella Corporation
Pella Products, Inc.
Pella Windows and Doors – Twin Cities, Inc.
Pella Canadian Holdings, Inc.
Pella Windows of Phoenix, Inc.
PCF, Inc.
PWD, Inc.
PWD – HSC, Inc.
PWD Sales Subsidiaries Management, Inc.
Vinyl Northwest, Inc.
Pease Industries, Inc.
Distinctive Doors, Inc.
EFCO Corporation
Pella FDC, Inc.
Pella International, Inc.
Pella Acquisition Corp.
Dallas-PWD, Inc.
PWD-Northern California Retail, Inc.

PWD-Orlando, Inc.
PWD-Seattle, Inc.
Viking Industries, Inc.
NSF, Inc.
Albuquerque – PWD, Inc.
Pella Windows & Doors of Ontario, Corp.

*(b) With respect to each entity named in response to (a), the following describes its connection to or interest in the litigation, or both:*

The entities listed in section (a), above, are wholly or partially-owned subsidiaries of Pella Corporation, an entity that wholly owns defendant Pella Windows and Doors, Inc. None of these entities is involved in this litigation. Except for Pella Corporation, none of these entities has a direct pecuniary interest in the outcome of this litigation. Pella Corporation, along with Pella Windows and Doors, Inc., currently are both parties in other coverage lawsuits involving the same and/or similar issues as those at issue in this lawsuit.

Date: November 18, 2011.

Respectfully submitted,

BELIN McCORMICK, P.C.

By   */s/  Richard W. Lozier, Jr.*
Richard W. Lozier, Jr.
666 Walnut Street, Suite 2000
Des Moines, Iowa 50309-3989
Telephone:   (515) 283-4636
Facsimile:   (515) 558-0636
E-mail:      rwlozier@belinmccormick.com

and

Keith McKenna
Robin L. Cohen
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, New York 10019
Telephone:   (212) 506-3326
Facsimile:   (212) 506-1800
E-mail:      KMcKenna@kasowitz.com
             Rcohen @kasowitz.com

ATTORNEYS FOR DEFENDANT
PELLA WINDOWS AND DOORS, INC.

PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was served upon the parties to this action by serving a copy upon each of the attorneys listed below on November 18, 2011 by

| ☐ U.S. Mail | ☐ FAX |
| ☐ Hand Delivered | ☐ Electronic Mail |
| ☐ FedEx/ Overnight Carrier | ■ CM / ECF |

Kent A. Gummert
Gaudineer, Comito & George, L.L.P.
3737 Westown Parkway, Suite 2D
West Des Moines, Iowa 50266

Dena Economou
Gerald E. Ziebell
KARBALL, COHEN, ECONOMOU, SILK & DUNNE, LLC
150 South Wacker Drive, Suite 1700
Chicago, Illinois 60606

Signature:  */s/ Laura A. Brustkern*
BELIN\P0648\0003\pld L.R. 7.1 Disclosure Statement rwl (01154888).DOC