UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| HARTFORD CASUALTY INSURANCE COMPANY and HARTFORD FIRE INSURANCE COMPANY, <br><br> Plaintiffs, <br><br> v. <br><br> PELLA WINDOWS AND DOORS, INC., <br><br> Defendant. | Case No: 4:11-CV-00502-RP-TJS <br><br> MOTION FOR ADMISSION PRO HAC VICE |

Dena Economou, an attorney who is not a member of the bar of this district, moves to appear in this case pro hac vice on behalf of Plaintiffs, Hartford Casualty Insurance Company and Hartford Fire Insurance Company (collective, "Hartford"). Ms. Economou states that she is a member in good standing of the bard of the bar of the United States District Court for the Northern District of Illinois, the United States District Court for the Eastern District of Michigan, as well as the highest court of the state of Illinois, and that she agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to attorneys admitted to practice before the state courts of Iowa in connection with her pro hac vice representation in this case.

Ms. Economou further states she will comply with the associate counsel requirements of LR 83.2(d)(4) by associating with Kent A. Gummert, an attorney who has been admitted to the bar of this district under LR 83.2(b) and (c) and who has entered an appearance in this case on behalf of Hartford.

Dated: November 22, 2011

Respectfully submitted,

By: _____/s/_____
    Dena Economou
    Karbal, Cohen, Economou, Silk
    & Dunne, LLC
    150 South Wacker Drive, Suite 1700
    Chicago, IL 60606
    Tel:   (312) 431-3700
    Fax:  (312) 431-3670
    Email: deconomou@karballaw.com

Attorney for Plaintiffs,
Hartford Casualty Insurance Company, and
Hartford Fire Insurance Company