# UNITED STATES DISTRICT COURT
## IN AND FOR THE SOUTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

| | | |
|---|---|---|
| HARTFORD CASUALTY INSURANCE CO., et al., | ) | CIVIL NO. 4:11-CV-00502-JAJ-TJS |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| PELLA WINDOWS AND DOORS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

With regard to issues involving electronically-stored information (ESI), the parties are directed to meet and confer, and to file a joint status report regarding matters set forth below:

1. The estimated number of custodians of electronically-stored information who will be the subject of orders of retention, and orders for search for information.

2. Identification of relevant and discoverable ESI, including all methods agreed upon by the parties for identifying any initial subset sources of ESI which are most likely to contain relevant and discoverable information, as well as methodologies agreed upon for retrieving the relevant and discoverable ESI from the initial subset.

3. The agreed time frame for all searches of computers maintained by any and all parties.

4. The agreed format for any computerized searches.

5. The agreed search terms to be utilized in any computerized search.

6. Whether the existence of, and retention of, ESI has been identified in the initial disclosures exchanged, or to be exchanged by the parties.

7. The implementation and existence of litigation holds on electronically stored information by all parties.

If the parties are unable to agree upon an appropriate protocol for the search of, and review of, electronically-stored information in this case, they are to notify the Court within ten days

of any meet and confer session regarding such failure, and the Court will then order a scheduling conference to discuss these issues.

  The parties shall submit the joint status report within ten days of the meet and confer session, and in no event no later than January 10, 2012.

  IT IS SO ORDERED.

  Dated this 20th day of December, 2011.

_____
THOMAS J. SHIELDS
CHIEF U.S. MAGISTRATE JUDGE